UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

United States of America

 -against-

Alice Phillips Belmonte

------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2017 ★
LONG ISLAND OFFICE

ORDER

16-CR-0260 (LDW)(AKT)

    The above-named defendant pleaded **GUILTY** before United States Magistrate Judge A. Kathleen Tomlinson on 9/22/2017. Upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

    Having reviewed the plea minutes, the Court finds that the defendant's guilty plea was entered voluntarily and intelligently, and that she fully understands her rights and the consequences of her plea, and that there is a factual basis for the plea.

    Therefore, it is hereby ordered that the defendant's guilty plea is accepted.

SO ORDERED:

_____
Leonard D. Wexler
Senior U.S.D.J.

Dated: 10/31/2017
      Central Islip, New York