

July 30, 2019

<u>Via ECF</u>

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Alice Phillips Belmonte*
                <u>Criminal Docket No. 16-CR-260 (JFB)</u>

Dear Judge Hurley:

    We represent Alice Belmonte in the above matter. On July 16, 2019, Ms. Belmonte was sentenced to 24 months imprisonment and given a surrender date of November 15, 2019. After discussing the matter with her family, Ms. Belmonte has determined that she would like to surrender considerably earlier, if possible. She is therefore respectfully requesting that her surrender date be changed from November 15, 2019 to the earlier date of August 26, 2019.

    Thank you for your courtesy and attention to this matter.

                          Respectfully submitted,

                          s/ Brian D. Waller

                          Brian D. Waller

cc:    AUSA Artie McConnell

Brian.Waller@ThompsonHine.com  Fax: 212-344-6101  Tel: 212-908-3932    4821-1375-9864.1

THOMPSON HINE LLP    335 Madison Avenue    www.ThompsonHine.com
ATTORNEYS AT LAW    12th Floor    O: 212.344.5680
    New York, New York 10017-4611    F: 212.344.6101