# THOMPSON HINE

ATLANTA   CLEVELAND   DAYTON   WASHINGTON, D.C.
CINCINNATI   COLUMBUS   NEW YORK

July 30, 2019

Via ECF

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 31 2019 ★
LONG ISLAND OFFICE

Re:   *United States v. Alice Phillips Belmonte*
      Criminal Docket No. 16-CR-260 (JFB)

Dear Judge Hurley:

We represent Alice Belmonte in the above matter. On July 16, 2019, Ms. Belmonte was sentenced to 24 months imprisonment and given a surrender date of November 15, 2019. After discussing the matter with her family, Ms. Belmonte has determined that she would like to surrender considerably earlier, if possible. She is therefore respectfully requesting that her surrender date be changed from November 15, 2019 to the earlier date of August 26, 2019.

Thank you for your courtesy and attention to this matter.

Respectfully submitted,

s/ Brian D. Waller

Brian D. Waller

cc:   AUSA Artie McConnell

*Application granted. The defendant shall self-surrender to the designated facility before 2:00 PM on 8/26/19.*

*SO ORDERED*

S/Denis R. Hurley   7/31/19
Denis R. Hurley, Sr. USDJ

4821-1375-9864.1

Brian.Waller@ThompsonHine.com   Fax: 212-344-6101   Tel: 212-908-3932

THOMPSON HINE LLP         335 Madison Avenue         www.ThompsonHine.com
ATTORNEYS AT LAW          12th Floor                 O: 212.344.5680
                          New York, New York 10017-4611   F: 212.344.6101